UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

----------------------------------------------------------------- X

| | |
|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION | : 3:09-md-02100-DRH-CJP<br>: MDL No. 2100<br>: |
| ----------------------------------------------------------<br>**This Document Relates to:** | : Judge David R. Herndon<br>: |
| JENNIFER A. FRY,<br>     Plaintiff<br>  vs. | : Civil Action No.: 3:09-cv-20068-DRH-PMF<br>: |
| BAYER HEALTHCARE PHARMACEUTICALS et al<br>     Defendants | : **ORDER**<br>: |
| | : |

----------------------------------------------------------------- X

This matter is before the Court on Plaintiff's motion for leave to file her first amended complaint to include additional defendants who were involved in the distribution, marketing, manufacture, design and labeling of Ocella, the generic form of Yasmin.  (Doc. 37).  Plaintiff states that she was hospitalized for deep vein thrombosis on or about November 28, 2008 and that the amendment sought is within the applicable statute of limitations.  *Id.*  Plaintiff also seeks leave to simultaneously add Bayer Schering Pharma AG as a defendant in accord with Case Management Order Number 17 (Doc. 1166).   Having considered Plaintiff's motion the Court finds as follows:

Plaintiff's motion to file her first amended complaint is **GRANTED.** Plaintiff may file an amended complaint adding the entities associated with Ocella**.** In addition, Plaintiff may simultaneously amend her complaint to add Bayer Schering Pharma AG in accord with Case Management Order Number 17 (Doc. 1166).[1]

**Further**, the Court **DIRECTS the Plaintiff to file the amended complaint instanter and to do the following:**

- On the first page of the amended complaint, (1) state that the complaint is being amended pursuant to this Order and pursuant to Case Management Order Number 17 (Doc. 1166); (2) identify all paragraphs added, deleted, or changed from the previous complaint. This paragraph shall not be delineated by number and shall not be considered an allegation or part of the pleading.

- Comply with the applicable provisions of Case Management Order Number 17, including the service of process requirements outlined in paragraph D of Order Number 17.

---

[1] Pursuant to this Order, the Court will allow Plaintiff to amend her complaint pursuant to Case Management Order Number 17 although the 60 day deadline in paragraph G of Case Management Order Number 17 was July 19, 2010. Plaintiff's motion to amend was filed July 16, 2010 and no party will be prejudiced by allowing the amendment.

- Underline the new material in the amended pleading as required by local rule 15.1.

**SO ORDERED:**

/s/   David R Herndon

Chief Judge
United States District Court                         DATE: July 20, 2010